UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-156 (JNE/SRN)

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )     PRELIMINARY ORDER
          v.                        )     OF FORFEITURE
                                    )
JAMES EDWIN NIELSEN, JR.,           )
                                    )
                    Defendant.      )

        Based on the United States' motion for a Preliminary Order of
Forfeiture; on the Plea Agreement and the Stipulation to Forfeiture
entered into between the United States and Defendant James Edwin
Nielsen, Jr.; on the Court having found that certain property is
subject to forfeiture pursuant to 21 U.S.C. § 853(a); and on the
Court's determination that, based on the Plea Agreement and the
Stipulation to Forfeiture entered into by the defendant and based
on all of the files and records of this proceeding, the government
has established the requisite nexus between such property and the
offense to which the defendant has pled guilty,

        IT IS HEREBY ORDERED that:

        1.  the following property is forfeited to the United States
pursuant to 21 U.S.C. § 853(a):

        a.  $6,151 in U.S. currency seized from the defendant's
            residence;

        b.  Royal Sovereign, model RBC-1000-SC, serial number
            K04C08053000, money counter;

c.   TD Arms A647 Century, International Arms, serial number AKMP01009, firearm; and

d.   Smith & Wesson Revolver, serial number CFD6451.

2. the United States may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

3.   the United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the foregoing property as provided for by law;

4.   pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

5.   following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

6.   the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

Dated: June 23, 2009       S/Joan N. Ericksen
                           JOAN N. ERICKSEN, Judge
                           United States District Court